**Order filed December 30, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00564-CV
_____

## VINCENT ZAHORIK, Appellant

## V.

## METROPLITAN LIFE INSURANCE COMPANY, MOHSIN NOON, AMY CATCHING, AND SUZANNE WYZINSKI-SMITH, Appellees

**On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Cause No. 2011-61851**

## ORDER

On November 18, 2014, this court issued an opinion dismissing this appeal. On November 18, 2014, appellant filed a motion for rehearing. The motion is GRANTED.

This court's opinion filed November 18, 2014, is WITHDRAWN, and our judgment of that date is VACATED. The appeal is ordered REINSTATED.

PER CURIAM


Panel consists of Justices McCally, Brown and Wise.